THE STATE OF FLORIDA ex rel. MAE RAULERSON v. HONORABLE M. B. SMITH, as Judge of the Circuit Court for Martin County, Florida.

26 So. (2nd) 898

July 30, 1946

June Term, 1946

Division A

*Carrol Dunscombe,* for relator.

*M. B. Smith,* for respondent.

PER CURIAM:

This cause is before us on alternative writ of mandamus, answer and return thereto and motion of the Relator for peremptory writ, notwithstanding the answer and return.

The answer and return is found sufficient. The alternative writ is quashed and the cause dismissed.

So ordered.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.